IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00730-MSK-BNB

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION,

        Plaintiff,

v.

RAY ASBERY,

        Defendant.
_____

## ORDER SETTING HEARING
_____

**THIS MATTER** comes before the Court *sua sponte*.

The Plaintiff commenced this action in Colorado District Court for the County of Denver, moving to compel arbitration of a dispute. The Defendant removed (**# 1**) the action to this Court, and responded (**# 7**) to the Plaintiff's motion by stating that he has now commenced the requested arbitration. Accordingly, it appears to the Court that this action may be moot.

The Court will conduct a 15-minute, non-evidentiary hearing at **4:30 p.m.** on **Wednesday, May 23, 2007** for the purpose of addressing whether this case has been rendered moot, or, if not, what procedures should be used to expeditiously effect resolution of the dispute. Counsel may appear by telephone if desired, by making advance arrangements with the Courtroom Deputy Clerk, Patti Glover, at 303-335-2185.

Dated this 8th day of May, 2007        **BY THE COURT:**

                                                                                             */s/ Marcia S. Krieger*
                                                                        Marcia S. Krieger
                                                                        United States District Judge