IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00730-MSK-BNB

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability corporation,

      Plaintiff,

v.

RAY ASBERY, an individual,

      Defendant.

## ORDER RESETTING HEARING

Due to a scheduling conflict and pursuant to the agreement of the parties,

**IT IS ORDERED** that the hearing scheduled to commence on **May 23, 2007 at 4:30 p.m** is **VACATED** and **RESET to May 23, 2007 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 22nd day of May, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*
                Marcia S. Krieger
                United States District Judge